# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

March 2, 2023

**BY ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMORANDUM ENDORSED

Re:   *United States v. Anthony Lloyd*
      22 Mag. 4967 (UA)

Dear Judge Gorenstein:

With consent from the government, I write on behalf of my client, Anthony Lloyd, to respectfully request that the Court modify Mr. Lloyd's bail conditions by reducing the number of financially responsible co-signers required on her Personal Recognizance Bond from two to one.

On February 3, 2023, Judge Willis released Mr. Lloyd on his own signature and under the following bail conditions, *inter alia*: a $25,000 personal recognizance bond to be co-signed by two financially responsible persons; travel restricted to SDNY/EDNY; surrender travel documents and no new applications; supervision as directed by pretrial services; drug testing/treatment and mental health evaluation and treatment both as directed by pretrial services; curfew, the hours of which shall be set by pretrial services; location monitoring technology as directed by pretrial services.

Mr. Lloyd was released on February 3, 2022 and required to return to Pretrial Services by February 6, 2022 to self-install the monitoring equipment, which he did. Additionally, since Mr. Lloyd's release, Mr. Lloyd's wife, who serves as a financially responsible person, has been approved to co-sign the personal recognizance bond.

The Honorable Gabriel W. Gorenstein                                                Page 2
March 2, 2023

      Re: *United States v. Anthony Lloyd*, 22 Mag. 4967 (UA)

      Against this backdrop, the requested bail modification results in conditions that are the "least restrictive necessary" to secure Mr. Lloyd's return to Court and the safety of the public, and we ask that our request to reduce the number of co-signers be granted.

      Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Ian Marcus Amelkin
Ian Marcus Amelkin, Esq.
Assistant Federal Defender
Tel.: (212) 417-8733

Application granted on consent of the Government.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 2, 2023