# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 30, 2023

**By ECF & EMAIL**

The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY   10007

Granted.  So Ordered.

_____
Robert W. Lehrburger, USMJ
March 30, 2023

Re: **United States v. Lloyd**, 22 Mag 4967 (UA)

Dear Judge Lehrburger:

    I write with the consent of the Government and Pretrial Services to modify Mr. Lloyd's bail as follows:

1. Removing the condition of location monitoring and curfew.
2. Imposing inpatient drug treatment as directed by Pretrial Services.

Thank you for considering this request.

Sincerely,

Ian Marcus Amelkin
Assistant Federal Defender
212-417-8733

cc (by ECF): AUSA Jane Chong, Esq.