

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2023

The Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**    *United States v. Anthony Lloyd*
              Docket No. 22 Mag. 4967

Dear Judge Wang:

      On March 30, 2023, Magistrate Judge Robert Lehrburger granted defendant Anthony Lloyd's request to modify his bail conditions to facilitate his enrollment in an inpatient drug treatment program. Specifically, the defendant's location monitoring and curfew conditions were removed for the duration of the program.

      Pretrial Services has confirmed that the defendant has successfully completed the program and is scheduled to be released from inpatient care today. Accordingly, with the consent of the defendant's Pretrial Services officer and defense counsel, the Government requests that the Court order the reimposition of the defendant's original location monitoring and curfew conditions, with the defendant to contact Pretrial Services upon his release to coordinate the installation of any equipment.

Approved - April 28, 2023

*[signature]*

Ona T. Wang, USMJ

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney

                     by: */s/ Jane Y. Chong*
                          Jane Y. Chong
                          Assistant United States Attorney
                          (917) 763-3172

Cc (by CM/ECF): Ian Marcus Amelkin, Federal Defenders of New York
                        Laura Gialanella, U.S. Pretrial Services