UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ANTHONY LLOYD,

          Defendant.

CASE NO.: 22 Mag. 4967

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone conference scheduled for today, May 23, 2024 is <u>cancelled</u>. A deferred prosecution hearing is scheduled <u>in person</u> for **Friday, May 31, 2024 at 4:00 pm** in Courtroom 18A of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
            May 23, 2024

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**