UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Anthony Lloyd,<br><br>　　　　　　　　　　　　*Defendant.* | **Deferred Prosecution Agreement**<br><br>**22 Mag. 4967** |

TO: Anthony Lloyd:

      On June 8, 2022, a criminal complaint issued by a United States Magistrate Judge in the Southern District of New York, accused you of attempted bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and 2. However, after a thorough investigation, and based on the facts of the case and your personal circumstances, the United States Attorney's Office for the Southern District of New York ("USAO-SDNY") has determined that the interests of justice will best be served by deferring prosecution in this District. Upon your acceptance of responsibility for your behavior and your signature on this deferred prosecution agreement (the "Agreement"), prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this Agreement for the period of 18 months from the signing of this Agreement.

      The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from violation of any law (federal, state, and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by law enforcement officers.

(2) You shall associate only with law-abiding persons.

(3) You shall work regularly at a lawful occupation or regularly attend school, to the best of your ability. When out of work or not attending school, you shall notify your supervising U.S. Pretrial Services Officer. You shall consult him or her prior to job and school changes.

(4) You shall not leave the Southern and Eastern Districts of New York without the permission of your supervising U.S. Pretrial Services Officer.

(5) You shall notify your supervising U.S. Pretrial Services Officer immediately of any changes in your place of residence.

(6) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(7) You shall report to your supervising U.S. Pretrial Services Officer as directed.

As a further condition you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or substance abuse treatment provider, to the U.S. Pretrial Services Officer supervising your case, of such medical and treatment records as may be requested by the Pretrial Services Officer to evaluate deferral of prosecution in this case. You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

Special conditions are as follows:

(8)   You shall attend and participate in mental health and/or substance abuse treatment as directed by your supervising U.S. Pretrial Services Officer.

(9)   You shall undergo drug testing as directed by your supervising U.S. Pretrial Services Officer.

(10)  You shall not possess any firearms or destructive/dangerous devices.

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should the United States Attorney, in his sole discretion, deem such action advisable.

If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions applicable to your deferred prosecution, no further prosecution will be instituted in this District for the above offense.

Dated: New York, New York
       May 22, 2024

                                          DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

                                   By:    _____
                                          Jane Y. Chong
                                          Assistant United States Attorney
                                          212-637-2263

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
      May 31, 2024

_____  
Hannah McCrea, Esq.  
Attorney for Defendant

_____  
Anthony Lloyd  
Defendant

SO ORDERED.

Dated: New York, New York  
    May 31, 2024

_____  
THE HON. SARAH L. CAVE  
UNITED STATES MAGISTRATE JUDGE